Gina Williams
146-17 182nd Street
Springfield Gardens, N.Y. 11413
(347) 886-7802

RECEIVED
SDNY PRO SE OFFICE
2018 JUL 10 AM 11: 09
S.D. OF N.Y.

July 10, 2018

Re: Gina Williams v. NYCHA  et al., Judge(RJS)
    Civ. No. 18-5912

Dear Honorable Richard J. Sullivan,

I am Plaintiff in the above action.  I write this letter to the court regarding several issues in my response to defendant's motion to remove the case to Federal court.

1. None of the defendants answered the summons to the complaint.

2. The consent that the Non-Municipal defendants signed for NYCHA law department to represent them should be done on court record to avoid potential conflict of interest that may cause defendants to get a reversal if there is an adverse decision on them.

3. I am a current employee with the New York City Housing Authority and in position as a supervisor.  It is foreseeable certainty that I will have to discipline subordinate employees and NYCHA's law Department will have to prosecute the case on my behalf and represent me.  Furthermore if there is an allegation made against me while I am in the course of duty the NYCHA law department will have to represent me, with that said I will respectfully request the court to do an inquiry on the potential conflict of interest in the NYCHA law department representing multiple defendants.

Respectfully Yours,

*[signature]*

Gina Williams
Plaintiff *Pro Se*

c. Judith J. Jenkins Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gina Williams

(List the name(s) of the plaintiff(s)/petitioner(s).)

18 Civ. 5912 (K)(S)

- against -

NYCHA Et, al

**AFFIRMATION OF SERVICE**

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Frederick Jones, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Letter

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Hand Delivery to the following persons (list the names and addresses of the people you served): NYCHA Law Department, 250 Broadway NY NY 10007

on (date you served the document(s)) 7/10/18

7/10/18
Dated

Signature: [signature]

Address: 107-05 Sutphin Blvd Apt 2d
City, State: Jamaica NY 11435
Zip

Telephone Number: 646-552-7940

E-Mail Address

Rev. 01/2013