

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY• NEW YORK, NY 10007

http:/nyc.gov/nycha

**STANLEY BREZENOFF**
Interim Chair & CEO

**KELLY D. MACNEAL**
Acting EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
212-776-5130

July 25, 2018

**VIA Email and ECF**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marhsall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
SullivanNYSDChambers@nysd.uscourts.gov

        Re:    *Gina Williams v. New York City Housing Authority et al.*
                18 cv 5912 (RJS)(HBP)

Dear Judge Sullivan:

      This office represents Defendants New York City Housing Authority (NYCHA), Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis and Thelma Watkins in the above-entitled case  I write with the consent of plaintiff to request an extension of time, until August 3, 2018, to respond to the complaint.

      Plaintiff is employed by NYCHA as a Resident Building Superintendent. Plaintiff filed a complaint, in New York Supreme Court, New York County, alleging discrimination based on race and gender and retaliation under Title VII of the Civil Rights Act and 42 U.S.C. Section 1938.  The complaint was received by NYCHA on May 31, 2018.

      NYCHA removed the action to federal court on June 29, 2018 and our Answer was due on July 6, 2018.  This extension is necessary so that I may investigate the allegatins of the complaint.  There have been no prior requests for the extension of this deadline.  Defendants thank the Court for its consideration of this request.

Sincerely,

*Judith J. Jenkins*
Judith J. Jenkins