UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GINA WILLIAMS,

              Plaintiff,

-v-

NEW YORK CITY HOUSING AUTHORITY
et al.,

              Defendants.

No. 18-cv-5912 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Plaintiff commenced this action in New York State Supreme Court, New York County, on May 22, 2018, Defendants were served on May 31, 2018, and Defendants removed the action on June 29, 2018. (Doc. No. 1.) Plaintiff has not moved to remand the case, and the deadline to do so has elapsed. 28 U.S.C. § 1447(c). Accordingly, IT IS HEREBY ORDERED THAT by August 9, 2018, Plaintiff shall file an amended complaint conforming to federal pleading standards, *see Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007) (plaintiff must allege "enough facts to state a claim to relief that is plausible on its face"); *see also* Fed. R. Civ. P. 8(a)(2) ("A pleading that states a claim for relief must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief . . . .").

In addition, the Court is now in receipt of a letter from Defendants requesting an extension of the time in which to respond to the complaint. (Doc. No. 6.) Since Plaintiff consents to the request, and because the Court has directed Plaintiff to file an amended complaint by August 9, 2018, IT IS HEREBY ORDERED THAT Defendants shall respond to the amended complaint no later than August 16, 2018.

IT IS FURTHER ORDERED THAT the parties shall appear for an initial conference on Friday, August 24, 2018 at 9:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED THAT by Thursday, August 16, 2018, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT by Thursday, August 16, 2018, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 6 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:     July 26, 2018
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE