Gina Williams
146-17 182 Street
Springfield Gardens, N.Y. 11413
(347) 886-7802

August 6, 2018

Re: Gina Williams v. NYCHA et al., Judge (RJS)
    Civ. No 18-5912

Dear Honorable Richard J. Sullivan,

    I am Plaintiff-Pro Se in the above action. I have received consent from Defendant Counsel, to request for an extension of time to amend the complaint and respond to the Courts directive.

    Due to my work schedule and Pro Se status I am respectfully requesting another three weeks to comply.

    I am requesting a waiver on electronic filing due to my limited access to technical equipment.

Respectfully submitted,

Gina Williams
Plaintiff - Pro Se

C. Judith J. Jenkins Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS
(List the name(s) of the plaintiff(s)/petitioner(s).)

18 Civ. 5912 (RJS)

- against -

**AFFIRMATION OF SERVICE**

NYCHA et al.

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) FREDERICK JONES, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Letter

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Hand delivery to the following persons (list the names and addresses of the people you served): NYCHA Law Department, 250 Broadway New York, NY 10007

on (date you served the document(s)) 8/7/2018

8/7/18
Dated

Signature: Frederick Jones
Address: 107-05 Sutphin Blvd Apt 2W
City, State: Jamaica NY
Zip: 11435
Telephone Number: 646-552-7940
E-Mail Address:

Rev. 01/2013