

Gina Williams
146-17 182 Street
Springfield Gardens, N.Y. 11413
(347) 886-7802

August 6, 2018

Re: Gina Williams v. NYCHA et al., Judge (RJS)
   Civ. No 18-5912

Dear Honorable Richard J. Sullivan,

I am Plaintiff-Pro Se in the above action. I have received consent from Defendant Counsel, to request for an extension of time to amend the complaint and respond to the Courts directive.

Due to my work schedule and Pro Se status I am respectfully requesting another three weeks to comply.

I am requesting a waiver on electronic filing due to my limited access to technical equipment.

Respectfully submitted,

*Gina Williams*
Gina Williams
Plaintiff - Pro Se

C. Judith J. Jenkins Esq.

```
IT IS HEREBY ORDERED THAT Plaintiff's time to
file an amended complaint is extended to
August 30, 2018.  IT IS FURTHER ORDERED THAT
Defendants shall respond to the amended
complaint no later than September 6, 2018,
and the parties shall file a joint letter
and case management plan by September 6,
2018.    IT  IS  FURTHER  ORDERED  THAT  the
initial conference previously scheduled for
August 24, 2018 is adjourned to Friday,
September 14 at 3:30 p.m. in Courtroom 905
of the Thurgood Marshall United States
Courthouse, 40 Foley Square, New York, New
York. Because Plaintiff has not opted in
to electronic filing, her request for waiver
of electronic filing is not necessary.
To the extent that Plaintiff requires
assistance regarding the filing of documents
in this case, she may contact the Court's Pro
Se Office.
```

SO ORDERED
Dated: 8/9/18

RICHARD J. SULLIVAN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS
(List the name(s) of the plaintiff(s)/petitioner(s).)

18 Civ. 5912 RJS

- against -

NYCHA et al.

**AFFIRMATION OF SERVICE**

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) FREDERICK JONES, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Letter

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Hand delivery to the following persons (list the names and addresses of the people you served): NYCHA Law Department, 250 Broadway New York, NY 10007

on (date you served the document(s)) 8/7/2018.

8/7/18
Dated

Signature: Frederick Jones
Address: 107-05 Suthin Blvd Apt 2J
City, State: Jamaica NY
Zip: 11435
Telephone Number: 676-552-7940
E-Mail Address:

Rev. 01/2013