UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS
(List the name(s) of the plaintiff(s)/petitioner(s).)

18 Civ. 5912 (RJS) (   )

- against -

New York City Housing Authority, et al
(List the name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/18

I, (print your name) FREDERICK JONES, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Amended Complaint, Exhibits

upon all other parties in this case by (state how you served the documents, for example hand delivery, mail, overnight express) Hand delivery to the following persons (list the names and addresses of the people you served): New York City Housing Authority 250 Broadway NY NY 10007

on (date you served the document(s)) 8/30/18.

Dated 8/30/18

Signature: [signature]
Address: 107-05 Sutphin Blvd Apt 2d
City, State: Jamaica NY 11435
Zip: 11435
Telephone Number: Frederick Jones 646-552-7940
E-Mail Address:

*Rev. 01/2013*