UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/18
```

GINA WILLIAMS,

                Plaintiff,

-v-

NEW YORK CITY HOUSING AUTHORITY et al.,

                Defendants.

No. 18-cv-5912 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of an affidavit of service stating that Defendant New York City Housing Authority was served with the amended complaint on August 30, 2018, such that the answer is due September 13, 2018.  Accordingly, IT IS HEREBY ORDERED THAT the initial conference previously scheduled for September 14, 2018 is adjourned to Friday, October 5, 2018 at 4:45 p.m.  IT IS FURTHER ORDERED THAT the joint letter and case management plan previously due on September 6, 2018 shall be filed no later than Thursday, September 27, 2018.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    September 5, 2018
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE