UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,                                         Civ. No. 18-5912 (RJS)

                    Plaintiff,

   - against -                                         **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, THE NEW YORK CITY
HOUSING AUTHORITY, CAROLYN JASPER,
CESAR GONZALEZ, MATTHEW HOFFMAN,
RODNEY DAVIS, and THELMA WATKINS,

                    Defendants.

---

**PLEASE TAKE NOTICE** that defendants New York City Housing Authority, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and Thelma Watkins will be represented in this matter by Kelly D. MacNeal, EVP for Legal Affairs and General Counsel, New York City Housing Authority, Nabiha Rahman, Of Counsel. I certify that I am admitted to practice in this court.

Dated: New York, New York
        September 27, 2018

                                  KELLY D. MacNEAL
                                  EVP for Legal Affairs and General Counsel
                                  New York City Housing Authority
                                  Attorney for Defendants NYCHA, Carolyn Jasper,
                                  Cesar Gonzalez, Matthew Hoffman, Rodney Davis,
                                  and Thelma Watkins
                                  250 Broadway, 9th Floor
                                  New York, N.Y. 10007
                                  Tel. No.: (212) 776-5043
                                  Fax No.: (212) 776-5404
                                  nabiha.rahman@nycha.nyc.gov

             By:      _____
                                  Nabiha Rahman