

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http://nyc.gov/nycha

STANLEY BREZENOFF
Interim Chair & CEO

KELLY D. MACNEAL
EVP for Legal Affairs and General Counsel

WRITER'S DIRECT LINE
212-776-5043

9/28/18

September 27, 2018

**VIA ELECTRONIC MAIL & ECF**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
SullivanNYSDChambers@nysd.uscourts.gov

IT IS HEREBY ORDERED that the parties shall submit their joint letter and case management plan by September 28, 2018. The Clerk of Court is respectfully direct to mail a copy of this Order to Plaintiff.

SO ORDERED
Dated: 9/28/18
RICHARD J. SULLIVAN
U.S.D.J.

Re:   *Gina Williams v. New York City Housing Authority et al.*
      18 cv 5912 (RJS)(HBP)

Dear Judge Sullivan:

I am an attorney with the New York City Housing Authority's ("NYCHA") Law Department, and I represent Defendants NYCHA, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and Thelma Watkins (collectively, "NYCHA Defendants") in the above-referenced matter. I write, jointly with *pro se* Plaintiff Gina Williams ("Plaintiff"), to respectfully request an extension of time to respond to the Court's Order dated September 5, 2018 directing the parties to submit a joint letter by September 27, 2018. This is the parties' first such request.

The NYCHA Defendants provided Plaintiff with their proposed language for the joint letter yesterday. Plaintiff informed the NYCHA Defendants this afternoon that she needs until tomorrow to review the proposed joint letter and make changes and additions.

In view of the foregoing, the parties respectfully request an extension of time until September 28, 2018 to submit the joint letter.

The parties thank the Court for its consideration.

Respectfully submitted,

Nabiha Rahman, Esq.