UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS,

                Plaintiff,

-v-

NEW YORK CITY HOUSING AUTHORITY et al.,

                Defendants.

No. 18-cv-5912 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of numerous letters signed by Frederick Jones, a non-party to this case, purporting to write on behalf of Plaintiff Gina Williams. With limited exceptions, only parties are permitted to make written submissions to the Court, and those filings must be filed electronically by counsel through the Court's Electronic Case Filing system or via hard copy through the Court's *Pro Se* Office. For a non-party to make a written submission to the Court, he must file a motion to intervene in the action pursuant to the Federal Rules of Civil Procedure. Neither parties nor non-parties are permitted to send emails to the Court's Chambers inbox without first filing their submission in the manner described above. The Court will not consider the communications received thus far and any further communications that do not comply with the Federal Rules of Civil Procedure and the Court's Individual Rules and Practices will be discarded.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 3, 2018
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE