UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS,

                Plaintiff,

-v-

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

                Defendants.

No. 18-cv-5912 (RJS)
ORDER

10/11/18

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

    IT IS FURTHER ORDERED that the Clerk of Court shall attempt to locate pro bono counsel to represent Plaintiff at the mediation. Pro bono counsel will contact Plaintiff directly. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process. IT IS FURTHER ORDERED that any objection by Plaintiff to either the mediation or to the Court's request for pro bono counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    October 11, 2018
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE