UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

GINA WILLIAMS,

                      Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS

                      Defendants.
-------------------------------------------------------

Civ.No 18-5912 (RJS)

**INITIAL DISCLOSURES UNDER FRCP 26(a) OF DEFENDANTS NEW YORK CITY HOUSING AUTHORITY CAROLYN JASPER, CESAR GONZALEZ, MATTHEW HOFFMAN, RODNEY DAVIS, and THELMA WATKINS**



USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/18/18

**Plaintiff Gina Williams hereby submit the following initial disclosures under Federal Rule of Civil Procedure ("FRCP") 26 (a)(1):**

1. Plaintiff likely to have discoverable information that Plaintiff may use to support her allegations in the amended complaint: Emails, Consent Decree signed by Chairperson Stanley Brezenoff June 11, 2018. News articles, Response letters from the New York City Housing Authority, All defendant's personnel employment files, disciplinary records, promotions and demotions including defendants witness Xenia Rivera, Responses from the EEOC, April 24, 2018 New York City Counsel transcript, employees emails, Counseling memorandums issued to plaintiff, Local hearing,.

**Documents that Plaintiff may use to support her allegations (FRCP) 26(A)(1)(A)(ii).**

2. Collective bargaining agreement, Defendant's NYCHA policy, website article from the previous Tenant Association President of Pomonok Houses Monica

Corbett.

Plaintiff investigation and search for documents upon which it may rely in its prosecution of this action is continuing. Plaintiff reserve the right to supplement these documents as additional documents are located.

Dated: Queens, New York
October 18, 2018

                                               Gina Williams
                                               Plaintiff – Pro Se
                                               146-17 182nd Street
                                               Springfield Gardens, N.Y. 11413
                                               Tel: (347) 886-7802
                                               Ginawms@verizon.net

                                               By: _____
                                                          Gina Williams

To: KELLY D. MacNEAL
     EVP for Legal Affairs and General Counsel
     New York City Housing Authority
     Nabiha Rahman
     Attorney for Defendants
     250 Broadway, 9th floor
     New York, N.Y. 10007
     Tel. No.: (212) 776-5043
     Fax No.:(212) 776-5402
     Nabiha.rahman@nycha.nyc.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS
(List the name(s) of the plaintiff(s)/petitioner(s).)

18 Civ. 5912 (RJ)(S)

- against -

**AFFIRMATION OF SERVICE**

New York City Housing Authority, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, Thelma Watkins
(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Frederick Jones, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Initial Disclosures

upon all other parties in this case by (state how you served the documents, for example hand delivery, mail, overnight express) 250 Broadway, NY NY 10007 to the following persons (list the names and addresses of the people you served): NYCHA Law Department, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, Thelma Watkins

on (date you served the document(s)) October 18, 2018

October 18, 2018
Dated

Signature — Frederick Jones
107-05 Sutphin Blvd Apt 2d
Address
Jamaica NY 11435
City, State
646-552-7940
Zip

Telephone Number

E-Mail Address

Rev. 01/2013