UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                   :
GINA WILLIAMS,                          :
                                                   :   Case No. 1:18-cv-05912 (JGK)
                    Plaintiff,          :
                                                   :
        -against-                 :   NOTICE OF LIMITED
                                                     :   APPEARANCE OF
NEW YORK CITY HOUSING AUTHORITY, ET AL.,   :   *PRO BONO* COUNSEL
                                                     :
                    Defendants.       :
---------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

       Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Gina

Williams for the limited purpose of mediation.

       The undersigned certify that we are admitted to practice before this Court.

Dated: Newark, New Jersey
       November 19, 2018

                                 /s Alan Serrins_____
                                 Alan Serrins
                                 alan.serrins@shu.edu

                                 /s Lucinda J. McLaughlin
                                 Lucinda J. McLaughlin
                                 lucinda.mclaughlin@shu.edu

                                 /s Christopher M. Kwok
                                 Christopher M. Kwok
                                 christopher.kwok@shu.edu

                                 /s David M. White_____
                                 David M. White
                                 david.white@shu.edu

                                 **SETON HALL UNIVERSITY**
                                 **SCHOOL OF LAW**
                                 **CONFLICT MANAGEMENT PROGRAM**
                                 One Newark Center, Room 429
                                 Newark, New Jersey 07102
                                 973.642.8084 [Office]