UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GINA WILLIAMS,

                Plaintiff,

                18 civ 5912 (JGK)

   -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/22/19

## ORDER

A conference is scheduled for **Monday, March 11, 2019, at 2:30pm.**

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 21, 2019