

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

**KATHRYN GARCIA**
Interim Chair & CEO

WRITER'S DIRECT LINE
212-776-5043

February 25, 2019

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Gina Williams v. New York City Housing Authority et al.*
           **18 CV 5912 (JGK)**

Dear Judge Koeltl:

    I am an attorney with the New York City Housing Authority ("NYCHA") Law Department, and I represent Defendants NYCHA, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and Thelma Watkins (collectively "Defendants") in the above-referenced matter.

    Defendants thank the Court for scheduling a conference to address the discovery issues outlined in their February 21, 2019 letter to the Court. The discovery conference is currently scheduled for March 11, 2019. I write, with Plaintiff's consent, to respectfully request an adjournment of the conference, due to a personal conflict, to a date after March 13, 2019 at the Court's convenience.

    Thank you for your consideration.

Respectfully submitted,

Nabiha Rahman

cc:    Gina Williams (via Electronic & First-Class Mail)
       146-17 182nd Street
       Springfield Gardens, NY 11413
       (347) 886-7802
       ginawms@verizon.net