UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,

                Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY et al.,

                Defendants.

18cv5912 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2019

---

JOHN G. KOELTL, District Judge:

    As discussed at the hearing today, the parties are directed to notify the Court about the result of mediation within **seven days** after the mediation concludes. If the case does not settle during mediation, the parties should submit a report pursuant to Federal Rule of Civil Procedure 26(f) within **seven days** after the mediation concludes.

SO ORDERED.

Dated:    New York, New York
            March 15, 2019

                                              _____
                                                John G. Koeltl
                                         United States District Judge