UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GINA WILLIAMS,

                Plaintiff(s),

           -against-

NEW YORK CITY HOUSING AUTHORITY,
                Defendant(s).
----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

18 civ 5912 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, April 8, 2019,** in Courtroom 14A, at 11:00am, before the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**
**Courtroom Case Manager**

Dated: New York, New York
       March 29, 2019

Copy Filed via ECF and mailed to:
Gina Williams
146-17 182nd Street
Springfield Gardens, NY 11413

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2019