UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GINA WILLIAMS,<br><br>                    Plaintiff,<br><br>         -   against   -<br><br>THE NEW YORK CITY HOUSING AUTHORITY,<br>CAROLYN JASPER, CESAR GONZALEZ,<br>MATTHEW HOFFMAN, RODNEY DAVIS, and<br>THELMA WATKINS,<br><br>                    Defendants. | Civ. No. 18-5912 (JGK)<br><br><br><br>**NOTICE OF APPEARANCE** |

---

**PLEASE TAKE NOTICE** that defendants New York City Housing Authority, Carolyn Jasper. Cesar Gonzalez. Matthew Hoffman, Rodney Davis, and Thelma Watkins will be represented in this matter by Kelly D. MacNeal, NYCHA'S EVP for Legal Affairs and General Counsel, Gregory S. Glickman, Of Counsel. I certify that I am admitted to practice in this court.

Dated:   New York, New York
         April 5, 2019

                                        KELLY D. MacNEAL
                                        EVP for Legal Affairs and General Counsel
                                        New York City Housing Authority
                                        Attorney for Defendants
                                        250 Broadway. 9th Floor
                                        New York, N.Y. 10007
                                        Tel. No.: (212) 776-5244
                                        Fax No.: (212) 776-5404

                           By:   /s/ Gregory Glickman
                                        Gregory S. Glickman