

United States District Court
Southern District of New York
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Gina Williams v. NYCHA - 99cv 10244 (terminated)

Gina Williams v. NYCHA- 03 cv 07764 (terminated)

Gina Williams v. NYCHA 05 cv-02750 (terminated),

| Williams, Gina | Gina Wiliams v. NYCHA at.el 18 cv-05912 (pending) |
|---|---|
| Name (Last, First, MI) | |
| 146-17 182nd st. | Springfield Gdns | New York | 11413 |

Address | City | State | Zip Code

(347) 886-7802                 ginawms@verizon.net

Telephone Number          E-mail Address

*Gina Williams*

April 9, 2019                              /Signature

Date

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007



(Stamps: USDC SDNY DOCUMENT ELECTRONIC... DOC #: ___ DATE FILED: 4-17-19; RECEIVED SDNY PRO SE OFFICE 2019 APR 17 AM 11:55 S.D. OF N.Y.)

