UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GINA WILLIAMS,

                             Plaintiff,

     - against –

NEW YORK CITY HOUSING AUTHORITY et al.,

                            Defendants.
------------------------------------------------------------ X

DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6-28-19

18cv5912 (JGK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:____ |
| | | | All such motions: ____ |

SO ORDERED.

DATED:    New York, New York
                June 28, 2019

                                                              _____
                                                                  John G. Koeltl
                                                             **United States District Judge**

\* Do not check if already referred for general pretrial.