UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
GINA WILLIAMS,                                              Civ. No. 18-5912 (JGK)

                    Plaintiff,

       - against -                                        **MOTION TO WITHDRAW**
                                                                     **AS COUNSEL**

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

                    Defendants.
-------------------------------------------------------------

      NABIHA RAHMAN, the attorney of record for Defendants New York City Housing Authority ("NYCHA"), Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and Thelma Watkins respectfully requests permission to withdraw as counsel of record from the above-referenced case. Pursuant to Local Rule 1.4, the undersigned also submits a declaration in support of this motion stating that my affiliation with NYCHA will end as of August 2, 2019. NYCHA's Law Department will continue its representation of Defendants in this matter.

      WHEREFORE, Nabiha Rahman respectfully requests the Court enter an Order withdrawing her as attorney of record in this matter.

Dated: New York, New York
       August 1, 2019

        KELLY D. MacNEAL
        EVP for Legal Affairs and General Counsel
        New York City Housing Authority
        Attorney for Defendants
        250 Broadway, 9th Floor
        New York, New York 10007
        Tel. No. (212) 776-5043
        Fax No. (212) 776-5404
        nabiha.rahman@nycha.nyc.gov

        By:   /s/ Nabiha Rahman
              Nabiha Rahman

TO:    Gina Williams (via Electronic and First-Class Mail)
        146-17 182nd Street
        Springfield Gardens, NY 11413
        (347) 886-7802
        ginawms@verizon.net
        Plaintiff *Pro Se*