UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

GINA WILLIAMS,         Civ. No. 18-5912 (JGK)

              Plaintiff,        **DECLARATION IN SUPPORT**
- against -         **OF MOTION TO WITHDRAW**

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

              Defendants.
-------------------------------------------------------------

       NABIHA RAHMAN, an attorney duly admitted to practice law in the Courts of the State of New York, hereby declares the following under penalty of perjury, pursuant to 28 U.S.C. Section 1746:

       1. I respectfully submit this Declaration in support of my motion to withdraw as counsel pursuant to Local Rule 1.4.

       2. My affiliation with the New York City Housing Authority's ("NYCHA") Law Department will end on August 2, 2019.

       3. NYCHA's Law Department will continue its representation of Defendants.

       4. I am not asserting any retaining or charging liens against Defendants.

       5. Accordingly, it is respectfully requested that the Court issue an order withdrawing the appearance of Nabiha Rahman in the above-captioned matter.

Dated: New York, New York
        August 1, 2019

                                KELLY D. MacNEAL
                                EVP for Legal Affairs and General Counsel
                                New York City Housing Authority
                                Attorney for Defendants
                                250 Broadway, 9th Floor
                                New York, New York 10007
                                Tel. No. (212) 776-5043
                                Fax No. (212) 776-5404
                                nabiha.rahman@nycha.nyc.gov

                              By:    /s/ Nabiha Rahman
                                        Nabiha Rahman

TO:    Gina Williams (via Electronic and First-Class Mail)
         146-17 182nd Street
         Springfield Gardens, NY 11413
         (347) 886-7802
         ginawms@verizon.net
         Plaintiff *Pro Se*