UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

GINA WILLIAMS,

                Plaintiff,

        - against -

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

                Defendants.

-------------------------------------------------------------

Civ. No. 18-5912 (JGK)

**MOTION TO WITHDRAW
AS COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED:  _ _ 8-2-19 _ _ _ _ _

        NABIHA RAHMAN, the attorney of record for Defendants New York City Housing

Authority ("NYCHA"), Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and

Thelma Watkins respectfully requests permission to withdraw as counsel of record from the above-

referenced case.  Pursuant to Local Rule 1.4, the undersigned also submits a declaration in support

of this motion stating that my affiliation with NYCHA will end as of August 2, 2019.  NYCHA's

Law Department will continue its representation of Defendants in this matter.

        WHEREFORE, Nabiha Rahman respectfully requests the Court enter an Order withdrawing

her as attorney of record in this matter.

Dated: New York, New York
       August 1, 2019

                        **APPLICATION GRANTED
SO ORDERED**

                        John G. Koeltl, U.S.D.J.

8/2/19.

KELLY D. MacNEAL
EVP for Legal Affairs and General Counsel
New York City Housing Authority
Attorney for Defendants
250 Broadway, 9th Floor
New York, New York 10007
Tel. No. (212) 776-5043
Fax No. (212) 776-5404
nabiha.rahman@nycha.nyc.gov

By: __/s/ Nabiha Rahman_____
Nabiha Rahman

TO:     Gina Williams (via Electronic and First-Class Mail)
146-17 182nd Street
Springfield Gardens, NY 11413
(347) 886-7802
ginawms@verizon.net
Plaintiff *Pro Se*

2