UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,

          Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

          Defendants.

---

Civ. No. 18-5912 (JGK)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8-2-19

---

NABIHA RAHMAN, an attorney duly admitted to practice law in the Courts of the State of New York, hereby declares the following under penalty of perjury, pursuant to 28 U.S.C. Section 1746:

1. I respectfully submit this Declaration in support of my motion to withdraw as counsel pursuant to Local Rule 1.4.

2. My affiliation with the New York City Housing Authority's ("NYCHA") Law Department will end on August 2, 2019.

3. NYCHA's Law Department will continue its representation of Defendants.

4. I am not asserting any retaining or charging liens against Defendants.

5. Accordingly, it is respectfully requested that the Court issue an order withdrawing the appearance of Nabiha Rahman in the above-captioned matter.

Dated: New York, New York
      August 1, 2019

APPLICATION GRANTED
SO ORDERED

_____  8/2/19
John G. Koeltl, U.S.D.J.

            KELLY D. MacNEAL
            EVP for Legal Affairs and General Counsel
            New York City Housing Authority
            Attorney for Defendants
            250 Broadway, 9th Floor
            New York, New York 10007
            Tel. No. (212) 776-5043
            Fax No. (212) 776-5404
            nabiha.rahman@nycha.nyc.gov

            By: ___/s/ Nabiha Rahman_____
               Nabiha Rahman

TO: Gina Williams (via Electronic and First-Class Mail)
   146-17 182nd Street
   Springfield Gardens, NY 11413
   (347) 886-7802
   ginawms@verizon.net
   Plaintiff *Pro Se*