UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

GINA WILLIAMS,

                Plaintiff,

-   against   -

THE NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

                Defendants.
───────────────────────────────────────────────

Civ. No. 18-5912 (JGK)(RWL)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that defendants New York City Housing Authority, Carolyn Jasper, Cesar Gonzalez, Matthew Hoffman, Rodney Davis, and Thelma Watkins will be represented in this matter by Kelly D. MacNeal, NYCHA'S EVP for Legal Affairs and General Counsel, Jane E. Lippman, Of Counsel.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
         August 5, 2019

                              KELLY D. MacNEAL
                              EVP for Legal Affairs and General Counsel
                              New York City Housing Authority
                              Attorney for Defendants
                              New York City Housing Authority
                              250 Broadway, 9th Floor
                              New York, N.Y. 10007
                              Tel. No.: (212) 776-5259
                              Fax No.: (212) 776-5404


                    By:    /s/  *Jane E. Lippman*
                              Jane E. Lippman (JL7461)
                              Jane.lippman@nycha.nyc.gov