UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS,

                Plaintiff,

—against—

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS,
THELMA WATKINS,

NOTICE OF LIMITED
APPEARANCE OF *PRO BONO*
COUNSEL

Case No. 1:18-cv-05912-JGK-RWL

To the Clerk of this Court and all parties of record:

I respectfully request that this Court enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff Gina Williams for the limited purpose of defending Ms. Williams's deposition and taking one deposition on Ms. Williams's behalf. I certify that I am admitted to practice in New York and before this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Clinic for *Pro Se* Litigants.

August 7, 2019

s/Frank S. Restagno
Frank S. Restagno
NY Bar No. 5320353
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
frestagno@winston.com