GINA WILLIAMS
146-17 182ND Street
Springfield Gardens, NY 11413
(347) 886-7802

RECEIVED
AUG. 12, 2019
CHAMBERS OF
ROBERT W. LEHRBURGER
U.S.M.J.

July 29, 2019

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Gina Williams v. New York City Housing Authority et al.
              18 CV 5912 (JGK)

Dear Judge Koeltl:

     I am Plaintiff -Pro- Se litigant in the above action. Due to recent incidents of harassment and retaliation being inflicted upon me by some of the defendants in this action and additional NYCHA employees. I am respectfully requesting to file a motion to supplement my existing complaint pursuant to FRCP rule 15 (d).

     Also I am informing the Court of a New York City Housing Authority law department conflict of interest in representing defendant Thelma Watkins. NYCHA's interest has turned adverse to Ms. Watkins. Currently Defendant Thelma Watkins has a disciplinary hearing scheduled. I am requesting the Court inquire and supervise this matter. Concurrently representing adverse parties "is a prima facie improper." **See GSI Commerce Solutions INC, v. BabyCenter, LLC, 618 F. 3d 204, (2d Cir. 2010)**

     Thank you for your consideration.

                                                  Respectfully submitted,

                                                  Gina Williams, Plaintff-Prose

Cc: Nabiha Rahman Esq (via electronic mail)
     New York City Housing Authority Law dept.
     250 Broadway
     New York, New York 10007




146-17 182nd Street
Springfield Gardens NY 11413

Honorable John G. Koeltl
United States District Court
Sourthern District of New York
500 Pearl Street
New York, New York 10007