UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
GINA WILLIAMS,

                        Plaintiff,

     - against -

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, and
THELMA WATKINS,

                        Defendants.
-------------------------------------------------------------

Civ. No. 18-5912 (JGK)(RWL)

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jane E. Lippman and Memorandum of Law, and all other papers and proceedings here, the undersigned Kelly D. MacNeal, Executive Vice President for Legal Affairs and General Counsel, Jane E. Lippman, Of Counsel, move this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order pursuant to Civil Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, granting the Motion of Defendant New York City Housing Authority ("NYCHA") to Withdraw as Counsel for Defendant Thelma Watkins due to a conflict of interest, and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
August 19, 2019

                                                KELLY D. MACNEAL
                                                EVP for Legal Affairs and General Counsel
                                                New York City Housing Authority
                                                Attorney for Defendants
                                                250 Broadway, 9th Floor
                                                New York, New York 10007
                                                Tel. No. (212) 776-5259
                                                Fax No. (212) 776-5404
                                                Jane.lippman@nycha.nyc.gov

                                                By:    /s/ *Jane E. Lippman*
                                                            Jane E. Lippman (JL7461)


TO:    Gina Williams, Plaintiff *Pro Se* (via overnight mail)
           Thelma Lambert-Watkins (via overnight mail)