```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GINA WILLIAMS,

                Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY,
et al.,

               Defendants.
------------------------------------------------------------X

18-cv-05912 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised by Plaintiff's July 29, 2019 letter (Dkt. 46) and the parties' joint letter dated August 20, 2019 (Dkt. 51).

    1.    The parties' request to amend the scheduling deadlines is granted. Accordingly, the new deadlines are as follows:

        Completion of discovery: November 29, 2019

        Completed briefing of dispositive motions: February 7, 2020

        Pretrial Order, Motions in Limine: February 28, 2020

    2.    Plaintiff's request that the Court "inquire and supervise" regarding a conflict of counsel that has arisen is denied as moot in light of defense counsel's application for withdrawal of counsel as to Defendant Watkins.

    3.    With respect to Plaintiff's request to fila motion to amend her complaint: By September 19, 2019, Plaintiff shall provide to Defendants a draft of her proposed amended complaint (reflecting what the proposed changes are). By October 3, 2019, Defendants shall notify Plaintiff whether Defendants consent to the amendments. The

1

parties shall than meet and confer.  If any dispute remains, the parties may bring the issue to the Court's attention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 19, 2019
       New York, New York

Mailed:

    Gina Williams
    146-17 182nd Street
    Springfield Gardens, NY 11413