```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GINA WILLIAMS,

                Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY,
et al.,

                Defendants.
------------------------------------------------------------X

18-cv-05912 (JGK) (RWL)

ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defense counsel has filed a motion to withdraw as counsel for Defendant Thelma Watkins ("Watkins") due to a conflict of interest. (Dkt. 48.) Accordingly:

1. By September 25, 2019, Watkins shall file notice with the Court indicating whether she has retained new counsel or instead will be proceeding pro se. If Watkins has retained counsel, her counsel shall enter an appearance by September 25, 2019.

2. Any response to defense counsel's motion to withdraw shall be filed by September 18, 2019.

3. Defense counsel who filed the motion to withdraw shall serve a copy of this order on Watkins by August 26, 2019, and shall file proof of service of same by August 27, 2019.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2019
       New York, New York

Copies transmitted to all counsel of record and mailed to:

Gina Williams
146-17 182nd Street
Springfield Gardens, NY 11413

2