## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

STATE OF NEW YORK)

: SS.:

COUNTY OF NEW YORK)

I, **Jeannie Wong**, being duly sworn, depose and say: I am not a party to this proceeding, I am over EIGHTEEN (18) years of age and I am employed by the New York City Housing Authority at 250 Broadway, New York, New York 10007. On **August 21, 2019**, I served the within **Order of United States Magistrate Judge Robert W. Lehrburger Dated August 21,2019** upon:

> Thelma Lambert-Watkins
> 128 Cedar Street
> Freeport. NY 11520

by depositing a true copy of these papers in a postage paid properly addressed envelopes, under the exclusive care and custody of UPS for overnight delivery service for delivery within the State of New York.

_____
Jeannie Wong

Sworn to before me this
21th day of August 2019

_____
NOTARY PUBLIC

MICHAEL SHAWN MEENAGHAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ME4902301
Qualified in Kings County
Commission Expires November 19, 20__