UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GINA WILLIAMS,

                                  Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, CAROLYN JASPER, CESAR GONZALEZ, MATTHEW HOFFMAN, RODNEY DAVIS, THELMA WATKINS,

                                  Defendants.
------------------------------------------------------------------x

**LIMITED NOTICE OF APPEARANCE**

Civil Action No.: 18-CV-5912 (RJS)

PLEASE TAKE NOTICE that the undersigned appears as additional attorneys for Defendant Thelma Watkins in the above-captioned action, for the limited purpose of submitting opposition on her behalf with respect to the motion to withdraw as attorneys filed by Defendant New York City Housing Authority [Docket Nos. 48-50].

Dated: Melville, New York
       September 16, 2019

                                  ARCHER, BYINGTON, GLENNON & LEVINE, LLP

                                  By:  */s/ Matthew Hromadka*
                                        Matthew Hromadka
                                  Attorneys for Defendant Thelma Watkins
                                  One Huntington Quadrangle, Suite 4C10
                                  P.O. Box 9064
                                  Melville, New York 11747
                                  631-249-6565
                                  E-mail: mhromadka@abgllaw.com

767907