

# ARCHER, ~~BYINGTON,~~ ~~GLENNON~~ & LEVINE LLP.

**ROBERT M. ARCHER**\*
**JOHN H. BYINGTON III**
**MARTY GLENNON**
**JULES B. LEVINE** (1932-2012)
**GARY A. THAYER**
**JAMES W. VERSOCKI**
**RICHARD S. CORENTHAL**\*\*

..................

**MATTHEW HROMADKA**
**ALEXANDRA HOWELL**
**PAUL K. BROWN**

..................

**BRADY McGUIRE & STEINBERG, P.C.**
**OF COUNSEL**

..................

\* Partner emeritus-retired
\*\*Tarrytown Resident Partner

ONE HUNTINGTON QUADRANGLE, SUITE 4C10
P.O. BOX 9064
MELVILLE, NY 11747-9064

PHONE: (631) 249-6565
FACSIMILE: (631) 777-6906

WWW.ABGLLAW.COM
INFO@ABGLLAW.COM

**TARRYTOWN ADDRESS:**

\*\*303 SOUTH BROADWAY, SUITE 234
TARRYTOWN, NEW YORK 10591

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

September 16, 2019

**Via ECF**
Hon. Robert E. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Williams v. New York City Housing Authority, *et al.*
Case No. 18-CV-5912 (JGK)(RWL)
Our File No. 25092.0022

Dear Magistrate Judge Lehrburger:

This firm has recently been retained as counsel by Defendant Thelma Watkins for the limited purpose of opposing the motion of Defendant New York City Housing Authority ("NYCHA") to withdraw as Ms. Watkins' attorneys (ECF Nos. 48-50). We submit this letter to request an extension of time to a file a motion in opposition to NYCHA's motion to withdraw.

Currently, any opposition and/or response to NYCHA's motion to withdraw is due September 18, 2019 (ECF No. 53). In light of our firm only recently being retained as attorneys for Ms. Watkins, we respectfully request that the date for opposing NYCHA's motion to withdraw be extended to September 26, 2018. Plaintiff and Defendants have consented to this request. This is Defendant Watkins' first request for an extension of time to oppose NYCHA's motion to withdraw.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/Matthew Hromadka*
Matthew Hromadka

cc: Gina Williams (via electronic and certified mail)
*Plaintiff*
146-17 182nd Street
Springfield Gardens, New York 11413
ginawms@verizon.net

Jane E. Lippman, Esq. (via ECF)
*Attorneys for Defendants*

767912

Granted on consent.

SO ORDERED:

_____ 9/16/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE