UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GINA WILLIAMS,

                            Plaintiff,

          -against-

NEW YORK CITY HOUSING AUTHORITY, CAROLYN JASPER, CESAR GONZALEZ, MATTHEW HOFFMAN, RODNEY DAVIS, THELMA WATKINS,

                            Defendants.
----------------------------------------------------------------x

**LIMITED NOTICE OF APPEARANCE**

Civil Action No.: 18-CV-5912 (RJS)

    PLEASE TAKE NOTICE that the undersigned appears as additional attorneys for Defendant Thelma Watkins in the above-captioned action, for the limited purpose of submitting opposition on her behalf with respect to the motion to withdraw as attorneys filed by Defendant New York City Housing Authority [Docket Nos. 48-50].

Dated: Melville, New York
         September 24, 2019

                                    ARCHER, BYINGTON, GLENNON & LEVINE, LLP

                                    By:  */s/ Marty Glennon*
                                          Marty Glennon
                                    Attorneys for Defendant Thelma Watkins
                                    One Huntington Quadrangle, Suite 4C10
                                    P.O. Box 9064
                                    Melville, New York 11747
                                    631-249-6565
                                    E-mail: mglennon@abgllaw.com

767963