```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GINA WILLIAMS,                    :     18 Civ. 5912 (JGK) (RWL)
                                  :
              Plaintiffs,         :     **ORDER**
                                  :
      - against -                 :
                                  :
NEW YORK CITY HOUSING AUTHORITY,  :
et al.,                           :
                                  :
              Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has received a letter sent by Plaintiff on May 26, 2020. The letter concerns requested discovery. A "cc" on the second page indicates the letter was sent by email to defense counsel. There is no indication if the parties have met and conferred. Accordingly, the Court orders as follows:

1.　Defendants shall file on ECF a copy of the May 26, 2020 letter they received.

2.　By June 17, 2020, Defendants shall file a letter indicating their position on the issues raised.

3.　Plaintiff must address all correspondence to the Court's Pro Se Office, not to the Judge.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2020
       New York, New York