```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GINA WILLIAMS,                                         :        18 Civ. 5912 (JGK) (RWL)
                                                       :
                        Plaintiffs,                    :        ORDER
                                                       :
        - against -                                    :
                                                       :
NEW YORK CITY HOUSING AUTHORITY,                       :
et al.,                                                :
                                                       :
                        Defendants.                    :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Discovery in this case closed on February 28, 2020, a deadline that followed several extensions and which the Court emphasized was the final extension by order dated January 16, 2020 (Dkt. 86). Dispositive motions are due next month. Plaintiff, however, has sent to the Court a letter dated May 26, 2020, requesting additional discovery. Defendants already have produced some of the items that are the subject of Plaintiff's request but have objected to others. (*See* Dkt. 95.) Plaintiff's requests are overbroad, could have been requested during the time discovery was open, or are otherwise outside the scope of this case and not proportional to the needs of the case. In any event, the requests come far too late. Plaintiff's proffered excuse for delay – medical treatment, bed rest, work schedule and the COVID-19 crisis – are vague, conclusory and do not excuse failure to ask for those materials that could have been requested while discovery was open. Accordingly, Plaintiff's request for additional discovery (beyond what Defendants already have produced or agreed to produce) is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 15, 2020
       New York, New York