UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,

              Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

              Defendants.

---

18-cv-5912 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff may file a motion for a preliminary injunction by January 20, 2021. The defendants may respond by February 3, 2021, and the plaintiff may reply by February 10, 2021.

SO ORDERED.

Dated:    New York, New York
            January 6, 2021

                              /s/ John G. Koeltl
                                John G. Koeltl
                       United States District Judge