```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

GINA WILLIAMS,

           Plaintiff,        18-cv-5912 (JGK)

   - against -               ORDER

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, AND
THELMA WATKINS,

           Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendants should respond to the plaintiff's motion for a preliminary injunction by March 5, 2021  The plaintiff may reply by March 12, 2021.

SO ORDERED.

Dated:   New York, New York
         February 25, 2021

                                       /s/ John G. Koeltl
                                          John G. Koeltl
                             United States District Judge