```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

GINA WILLIAMS,

                Plaintiff,          18-cv-5912 (JGK)

      - against -                ORDER

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, AND
THELMA WATKINS,

                Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff submitted papers which the Court filed on ECF to assure that the papers were in the record and that the defense got copies of the papers. The defense thereupon contacted chambers asking why the Court entered an Order. The Court wanted to assure that the submissions by the plaintiff were properly handled.

    The motion for a preliminary injunction is properly before this Court, rather than the Magistrate Judge.

**SO ORDERED.**

Dated:    New York, New York
           March 17, 2021

                                     /s/ John G. Koeltl
                                      John G. Koeltl
                           United States District Judge