```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
GINA WILLIAMS,

                    Plaintiff,              18-cv-5912 (JGK)(RWL)

        - against -                         ORDER

NEW YORK CITY HOUSING AUTHORITY,
CAROLYN JASPER, CESAR GONZALEZ,
MATTHEW HOFFMAN, RODNEY DAVIS, AND
THELMA WATKINS,

                    Defendants.
───────────────────────────────────
THELMA WATKINS,

          Cross-Claim Plaintiff,

        - against -

NEW YORK CITY HOUSING AUTHORITY,

          Cross-Claim Defendant.
───────────────────────────────────
```

JOHN G. KOELTL, District Judge:

As discussed during the teleconference on April 12, 2021, this case has been referred to the Magistrate Judge for purposes of settlement. The case is stayed pending settlement discussions before the Magistrate Judge, except for any mutually agreed upon discovery or disclosure.

The parties should report to the Court within 7 days on the status of the case, after the conclusion of the settlement discussions before the Magistrate Judge.

     The Clerk is directed to mail a copy of this Order to the plaintiff.


**SO ORDERED.**

**Dated:**     **New York, New York**
          **April 15, 2021**                    ____/s/ John G. Koeltl_____
                                                     John G. Koeltl
                                           **United States District Judge**