

# ARCHER, BYINGTON, GLENNON & LEVINE LLP

ROBERT M. ARCHER*
JOHN H. BYINGTON III
MARTY GLENNON
JULES B. LEVINE (1932-2012)
GARY A. THAYER
JAMES W. VERSOCKI
RICHARD S. CORENTHAL

----------

MATTHEW HROMADKA
PAUL K. BROWN

----------

* Partner emeritus-retired

ONE HUNTINGTON QUADRANGLE, SUITE 4C10
P.O. BOX 9064
MELVILLE, NY 11747-9064

PHONE: (631) 249-6565
FACSIMILE: (631) 777-6906

WWW.ABGLLAW.COM
INFO@ABGLLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2021
```

May 28, 2021

**Via ECF**
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    Williams v. New York City Housing Authority, *et al.*
             S.D.N.Y. Case No.    18-CV-05912 (JGK)(RWL)
             Our File No.          25092.0022

Dear Magistrate Judge Lehrburger:

      Our firm represents Defendant and Cross-Claim Plaintiff Thelma Watkins in the above-referenced matter. Ms. Watkins and Defendant and Cross-Claim Defendant New York City Housing Authority ("NYCHA") have reached a settlement in principle with respect to Ms. Watkins' cross-claim against NYCHA. Accordingly, the upcoming settlement conference scheduled for June 7, 2021 is no longer necessary with respect to Ms. Watkins' cross-claim. Pursuant to Section 9 of Your Honor's Settlement Conference and Mediation Procedures, we submit this letter motion jointly with NYCHA to request an adjournment of the upcoming settlement conference, *sine die*, solely with respect to Ms. Watkins' cross-claim.

      Thank you for your consideration of this request.

                                Respectfully submitted,

                                /s/ Matthew Hromadka

cc:  Plaintiff Gina Williams (via electronic mail)
      Sean-Patrick Wilson, Esq. (via ECF)

The settlement conference will go forward on June 7, 2021 except with respect to Ms. Watkins' cross-claim, which has been resolved in principle.

SO ORDERED:
5/28/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE