UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,                                  18-cv-5912 (JGK)

              Plaintiff,            ORDER

   - against -

NEW YORK CITY HOUSING AUTHORITY, ET
AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by **January 14**, 2022.

SO ORDERED.

Dated:   New York, New York
          December 20, 2021

                                          John G. Koeltl
                                      United States District Judge