UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,

                Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY, ET. AL.,

                Defendants.

18-cv-5912 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for June 7, 2022, at 5:00 p.m. Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           June 6, 2022

                                            _/s/ John G. Koeltl_
                                              John G. Koeltl
                                      **United States District Judge**