UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA WILLIAMS,

                Plaintiff,

   - against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

               Defendants.

18-cv-5912 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

   The Clerk is directed to seal ECF No. 188.

SO ORDERED.

Dated:   New York, New York
        June 7, 2022

                                    John G. Koeltl
                                United States District Judge