```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GINA WILLIAMS,                                   18-cv-5912 (JGK)

        Plaintiff,                        ORDER

    - against -

NEW YORK CITY HOUSING AUTHORITY,
ET AL.,

        Defendants.

**JOHN G. KOELTL**, District Judge:

    The defendant New York City Housing Authority is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed supplemental motion for summary judgment (ECF No. 180).

**SO ORDERED.**

Dated:    New York, New York
         November 8, 2022

                                              _____
                                              John G. Koeltl
                                           United States District Judge