UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA WILLIAMS,                                18-cv-5912 (JGK)

          Plaintiff,                        ORDER

- against -

NEW YORK CITY HOUSING AUTHORITY,
ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

On May 16, 2022, this Court set a briefing schedule for the defendant's anticipated supplemental motion for summary judgment, which is now fully briefed. See ECF Nos. 179, 180. On that same date, the Court referred the action to the Magistrate Judge for discussions as to the possibility of settlement. The parties are directed to file a letter apprising the Court of the status of those settlement discussions on or before **January 6, 2023**. If the parties believe that this case cannot be settled, the Court will address the summary judgment papers in due course.

SO ORDERED.

Dated:   New York, New York
        December 21, 2022

                                    John G. Koeltl
                             United States District Judge