**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GINA WILLIAMS,

                       Plaintiff,

      -against-                                         18 **CIVIL** 5912 (JGK)

                                                            **<u>JUDGMENT</u>**

NEW YORK CITY HOUSING AUTHORITY,
ET AL.,

                       Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 3, 2023, the Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the foregoing reasons, NYCHA's supplemental motion for summary judgment is granted. Taking the Memorandum Opinion and Order and the March 2021 Opinion together, all of the plaintiff's claims in this case have been dismissed with prejudice, except for the plaintiff's claim of retaliation based on the alleged comment at and the result of the June 28, 2017 Local Hearing under the NYCHRL, which is dismissed without prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

        April 4, 2023

                                                                     **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                                         **Deputy Clerk**